**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric McKinney,                       )<br>                                                   )<br>                      Plaintiff,       )<br>       vs.                                     )<br>                                                   )<br>Sands Expo & Convention Center, Inc., *et al.*,  )<br>                                                   )<br>                      Defendant.   )<br>                                                   ) | Case No.: 2:11-cv-02081-GMN-VCF<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach, to which no objections have been filed. (ECF No. 41.)

On January 30, 2014, the Court gave Plaintiff leave to file a motion to amend his pleading. (Order, Jan. 30, 2014, ECF No. 38.) On February 14, 2014, Plaintiff filed his Motion to Amend (ECF No. 39), to which Defendants filed a Response (ECF No. 40), and Plaintiff did not file a Reply. Judge Ferenbach's R&R (ECF No. 41) was entered on March 17, 2014, recommending denial of Plaintiff Eric McKinney's Motion to Amend (ECF No. 39) and dismissal of this action with prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Plaintiff did not file any objections to Judge Ferenbach's R&R, and the deadline to object has now expired. Accordingly, the Court finds good cause to accept and adopt the findings of Judge Ferenbach.

1    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 41) is
2    **ACCEPTED and ADOPTED.**
3    **IT IS FURTHER ORDERED** that the Motion to Amend (ECF No. 39) is **DENIED**.
4    **IT IS FURTHER ORDERED** that this action shall be dismissed with prejudice.  The
5    Clerk shall enter judgment accordingly.

7    **DATED** this  11   day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court